IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2 U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>Appellant,<br><br>v.<br><br>KENNETH J. ASHCRAFT, et al.,<br><br>Appellees. | C.A. No. 24-600 (CFC)<br><br>Bankruptcy Case No. 20-12725-BLS<br>Bankruptcy BAP No. 24-28 |

## **RECOMMENDATION**

At Wilmington, this 22nd day of May 2025:

WHEREAS, pursuant to the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated July 19, 2023, mediation conferences were held on November 8, 2024 and April 8, 2025;

WHEREAS, no resolution of this matter occurred; and

WHEREAS, further mediation at this stage would not be a productive exercise, nor a worthwhile use of judicial resources.

THEREFORE, pursuant to the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), IT IS HEREBY RECOMMENDED that this matter be withdrawn from the referral for mediation and the matter proceed through the appellate process of this Court.

_____
UNITED STATES MAGISTRATE JUDGE