IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| KENNETH J. ASHCRAFT, et al., ) | |
| ) | Bankr. Case No. 20-12725-BLS |
| Debtors. ) | Bankr. BAP No. 24-00028 |
| ) | |
| CITIGROUP MORTGAGE LOAN ) | |
| TRUST INC ASSET BACKED PASS- ) | Civil Action No. 24-600-CFC |
| THROUGH CERTIFICATES, SERIES ) | |
| 2007-AMC2, US BANK NATIONAL ) | |
| ASSOCIATION, AS TRUSTEE, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| KENNETH J. ASHCRAFT, et al., ) | |
| ) | |
| Appellees. ) | |

## ORDER

At Wilmington this 27th day of May in 2025, having received a recommendation from Magistrate Judge Eleanor G. Tennyson that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **July 8, 2025.**

2. Appellees' brief in opposition to the appeal is due on or before **August 5, 2025**

3. Appellant's reply brief is due on or before **August 19, 2025.**

_____
Chief Judge